

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2015

No. 04-15-00150-CR

Billy **BENAVIDEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. 09-CRD-122
Honorable J. Manuel Banales, Judge Presiding

# O R D E R

The 229th District Court's extension of time to file its written finding of fact and conclusions of law is granted. Time is extended to December 11, 2015.

Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2015.

Keith E. Hottle
Clerk of Court